### Tommie ROE and Kirby Roe v. STATE.
### No. 18059.

Court of Criminal Appeals of Texas.

Oct. 16, 1935.

N. B. D. Bailey, of Center, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for burglary; punishment, three years in the penitentiary.

We find accompanying this record an affidavit in proper form made by appellants asking that they be permitted to withdraw their appeal. The request is granted.

The appeal is dismissed.